No. 1236. UNITED STATES *v.* JACKSON ET AL. Appeal from D. C. Conn. Probable jurisdiction noted. *Solicitor General Marshall, Assistant Attorney General Vinson, Robert S. Rifkind, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 952. PROTECTIVE COMMITTEE FOR INDEPENDENT STOCKHOLDERS OF TMT TRAILER FERRY, INC. *v.* ANDERSON, TRUSTEE IN BANKRUPTCY. C. A. 5th Cir. Certiorari granted. *Irwin L. Langbein* for petitioner. *William P. Simmons, Jr.,* for respondent. *Solicitor General Marshall, Daniel M. Friedman, Philip A. Loomis, Jr., David Ferber, Paul Gonson* and *Robert W. Cox* filed a memorandum for the Securities and Exchange Commission.

No. 1161. TERRY ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari granted and case set for oral argument immediately following No. 1192. *Jack G. Day* for petitioners. *John T. Corrigan* for respondent. *Bernard A. Berkman* for American Civil Liberties Union of Ohio, as *amicus curiae,* in support of the petition.

No. 1153. KYER *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Warren E. Magee* for petitioner. *Solicitor General Marshall* for the United States.